James M. Barrett, OSB No. 011991
james.barrett@ogletreedeakins.com
Christopher A. Morehead, OSB No. 134341
christopher.morehead@ogletreedeakins.com
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
The KOIN Center
222 SW Columbia Street, Suite 1500
Portland, OR  97201
Telephone:     503.552.2140
Fax:              503.224.4518
    Attorneys for Defendant
    TE CONNECTIVITY CORPORATION

Whitney B. Stark, OSB No. 090350
whitney@albiesstark.com
J. Ashlee Albies, OSB No. 051846
ashlee@albiesstark.com
Albies & Stark
1 SW Columbia St., Ste. 1850
Portland, OR 97204
Telephone:     503.308.4773
Fax:              503.427.9292
    Attorneys for Plaintiff
    CHRISTOPHER LINGGI

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| CHRISTOPHER LINGGI,<br><br>            Plaintiff,<br><br>      v.<br><br>TE CONNECTIVITY CORPORATION,<br><br>            Defendant. | Case No.: 3:17-cv-01992-SI<br><br>**STIPULATED DISMISSAL OF CLAIMS WITH PREJUDICE**<br><br>(Fed. R. Civ. P. 41(a)(1)(A)(ii)) |

1 –  STIPULATED DISMISSAL OF CLAIMS
       WITH PREJUDICE

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
The KOIN Center
222 SW Columbia Street, Suite 1500 | Portland, OR 97201
Phone: 503.552.2140 | Fax: 503.224.4518

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties hereby stipulate to a dismissal of this action in its entirety WITH PREJUDICE and without an award of fees or costs to either party.

SO STIPULATED this 10th day of September, 2019:

| **ALBIES & STARK** | **OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.** |
|---|---|
| By: s/Whitney B. Stark[1] | By: s/James M. Barrett |
| Whitney B. Stark, OSB No. 090350 | James M. Barrett, OSB No. 011991 |
| whitney@albiesstark.com | james.barrett@ogletreedeakins.com |
| J. Ashlee Albies, OSB No. 051846 | Christopher A. Morehead, OSB No. 134341 |
| ashlee@albiesstark.com | christopher.morehead@ogletreedeakins.com |
| 503.308.4773 | 503.552.2140 |
| Attorneys for Plaintiff | Attorneys for Defendant |
| CHRISTOPHER LINGGI | TE CONNECTIVITY CORPORATION |

---

[1] Authorization to file confirmed by email on September 10, 2019.

2 –   STIPULATED DISMISSAL OF CLAIMS
      WITH PREJUDICE

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
The KOIN Center
222 SW Columbia Street, Suite 1500 | Portland, OR 97201
Phone: 503.552.2140 | Fax: 503.224.4518

## CERTIFICATE OF SERVICE

I hereby certify that on September 10, 2019, I served the foregoing **STIPULATED DISMISSAL OF CLAIMS WITH PREJUDICE** on:

> Whitney B. Stark
> J. Ashlee Albies
> Lisa Boucher
> Albies & Stark
> 1 SW Columbia St., Ste. 1850
> Portland OR  97204
> Phone: 503.308.4773
> Fax: 503.427.9292
> Email: whitney@albiesstark.com
>          ashlee@albiesstark.com
>          lisa@albiesstark.com
>                  Of Attorneys for Plaintiff

- ■  by **electronic** means through the Court's Case Management/Electronic Case File system, which will send automatic notification of filing to each person listed above.

- ☐  by **mailing** a true and correct copy to the last known address of each person listed above.  It was contained in a sealed envelope, with postage paid, addressed as stated above, and deposited with the U.S. Postal Service in Portland, Oregon.

- ☐  by causing a true and correct copy to be **hand-delivered** to the last known address of each person listed above.  It was contained in a sealed envelope and addressed as stated above.

- ☐  by **e-mailing** a true and correct copy to the last known email address of each person listed above per Email Service Agreement.

Dated: September 10, 2019

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

By: /s Kai Jones
    Kai Jones, Practice Assistant
    503-552-2140
    Kai.Jones@ogletree.com

39940590.1

1– CERTIFICATE OF SERVICE

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
The KOIN Center
222 SW Columbia Street, Suite 1500 | Portland, OR 97201
Phone:  503.552.2140 | Fax: 503.224.4518